484 So.2d 1046 (1986)
Nathaniel BURKETT
v.
STATE of Mississippi.
No. 55422.
Supreme Court of Mississippi.
March 19, 1986.
Nova A. Carroll, Stewart, Burks, Pace & Carroll, Picayune, for appellant.
Edwin Lloyd Pittman, Atty. Gen. by Charles W. Maris, Jr., Sp. Asst. Atty. Gen., Jackson, for appellee.
Before PATTERSON, C.J., and DAN M. LEE and SULLIVAN, JJ.
SULLIVAN, Justice, for the Court:
Nathaniel Burkett was convicted, in the Circuit Court of Pearl River County, of manslaughter and sentenced to serve twenty (20) years in the Mississippi Department of Corrections.
Finding no merit under any error assigned on appeal, we affirm the conviction and sentence. See Morea v. State, 329 So.2d 527 (Miss. 1976); Jordan v. State, 474 So.2d 622 (Miss. 1985); Willis v. State, 475 So.2d 163 (Miss. 1985); Gibson v. State, 475 So.2d 824 (Miss. 1985); Parrott v. State, *1047 475 So.2d 167 (Miss. 1985); Smith v. State, 484 So.2d 364 (1986).
AFFIRMED.
PATTERSON, C.J., WALKER and ROY NOBLE LEE, P.JJ., and HAWKINS, DAN M. LEE, PRATHER, ROBERTSON and ANDERSON, JJ., concur.